UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

KARL ALAN WHITE,

    Petitioner,

v.

D. BERKBILE, *Warden*,

    Respondent.

Civil Action No. 7:11-00048-KSF

**JUDGMENT**

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

In accordance with the Memorandum Opinion Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of the Respondent, D. Berkebile, Warden, United States Penitentiary-Big Sandy.

(2)     This is a **FINAL** Judgment and there is no just cause for delay;

(3)     The Court **CERTIFIES** that any appeal would not be taken in good faith; and

(4)     This matter **IS STRICKEN** from the Court's active docket.

This May 16, 2011.



**Signed By:**
*Karl S. Forester* KSF
**United States Senior Judge**